# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**1053**
**CAF 12-00602**
PRESENT: SCUDDER, P.J., SMITH, FAHEY, LINDLEY, AND MARTOCHE, JJ.

---

IN THE MATTER OF MICHAEL H., JR.,
RESPONDENT-APPELLANT.
----------------------------------        MEMORANDUM AND ORDER
ERIE COUNTY ATTORNEY,
PETITIONER-RESPONDENT.

---

DAVID C. SCHOPP, ATTORNEY FOR THE CHILD, THE LEGAL AID BUREAU OF
BUFFALO, INC., BUFFALO (CHARLES D. HALVORSEN OF COUNSEL), FOR
RESPONDENT-APPELLANT.

MICHAEL A. SIRAGUSA, COUNTY ATTORNEY, BUFFALO (MICHAEL J. LISZEWSKI OF
COUNSEL), FOR PETITIONER-RESPONDENT.

---

Appeal from an order of the Family Court, Erie County (Patricia A. Maxwell, J.), entered October 27, 2011 in a proceeding pursuant to Family Court Act article 3. The order placed respondent on probation for a period of six months.

It is hereby ORDERED that said appeal is unanimously dismissed without costs.

Memorandum: On appeal from an order that adjudicated him to be a juvenile delinquent and placed him on probation for a term of six months, respondent contends only that, by imposing a term of probation and issuing an order of protection, Family Court failed to adopt the "least restrictive available alternative" as required by Family Court Act § 352.2 (2) (a). Inasmuch as the term of probation and order of protection issued by the court have expired, this appeal is moot (*see Matter of Alex N.*, 255 AD2d 626, 627).

Entered: October 5, 2012                Frances E. Cafarell
                                           Clerk of the Court